B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Advanced Business Services LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **68-0658537** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**11515 66th Street N.**<br>**Largo, Florida**<br>ZIP CODE **33773** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Largo, Florida** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Advanced Business Services LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>　X　**Not Applicable**　　　　　　　　　　　　　　　　<br>Signature of Attorney for Debtor(s)　　　　　Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

　　　　　　　　　　　　　　　　　　　　　　　　　　
(Name of landlord that obtained judgment)

　　　　　　　　　　　　　　　　　　　　　　　　　　
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Advanced Business Services LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **Not Applicable** Signature of Debtor  X **Not Applicable** Signature of Joint Debtor  Telephone Number (If not represented by attorney)  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.)  ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.  ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.  X **Not Applicable** (Signature of Foreign Representative)  (Printed Name of Foreign Representative)  Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Anthony M. Saccullo** Signature of Attorney for Debtor(s)  **Anthony M. Saccullo  Bar No.  4141** Printed Name of Attorney for Debtor(s) / Bar No.  **A. M. SACCULLO LEGAL, LLC** Firm Name  **27 Crimson King Drive Bear, Delaware 19701** Address  **302.836.8877**  **302.836.8787** Telephone Number  **11/16/2011** Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  **Not Applicable** Printed Name and title, if any, of Bankruptcy Petition Preparer  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X **s/ Neil Williams** Signature of Authorized Individual  **Neil Williams** Printed Name of Authorized Individual  **Managing Member** Title of Authorized Individual  **11/16/2011** Date | X **Not Applicable**  Date  Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.  If more than one person prepared this document, attach to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# RESOLUTIONS OF ADVANCED BUSINESS SERVICES, LLC

WHEREAS, the undersigned, being the managing member (the "Managing Member") of Advanced Business Services, LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "Company"), does hereby certify that the Company adopted the following resolutions on November 9, 2011, and that said resolutions have not been modified or rescinded, and are still in full force and effect;

WHEREAS, the Managing Member has reviewed the historical performance of the Company, the market for the Company's services and operations, and the current and long-term liabilities of the Company;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Company, it is desirable and in the best interest of the Company, its creditors, managers and other interested parties, that a petition be filed by the Company under the provisions of Chapter 11, Title 11, United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that the form of petition under Chapter 11 of the Bankruptcy Code be, and the same hereby is, approved and adopted in all respects, and that the Managing Member (and any person(s) he may heretofore appoint) is hereby authorized to execute and verify a petition substantially in such form and to cause the same to be filed (along with all other necessary documents) with the United States Bankruptcy Court for the District of Delaware; and it is further

RESOLVED, that the Company be authorized to employ Olshan, Grundman, Frome, Rosenzweig & Wolosky LLP as bankruptcy counsel, and such other professionals as the Company deems necessary and appropriate, and in connection therewith, the Managing Member is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of all such professionals; and it is further

RESOLVED, that the Managing Member, on behalf of the Company, (and any other person(s) he may heretofore appoint) is hereby authorized to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Managing Member to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case.

IN WITNESS WHEREOF, I have hereunto executed this Resolution.

Advanced Business Services, LLC
By: Neil Williams
Title: Managing Member

1438841-1

**United States Bankruptcy Court**
**District of Delaware**

In re **Advanced Business Services LLC**,          Case No.    11-_____
                                         Debtor                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 20 largest unsecured claims against Advanced Business Services LLC, the debtor ("ABS"). This list has been prepared based upon the unaudited books and records of ABS. The list reflects amounts from ABS' books and records as of November 14, 2011. Except as set forth above, this list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein shall not constitute an admission of liability by, nor is it binding on, ABS. Moreover, nothing herein shall affect ABS' right to challenge the amount or characterization of any claim at a later date.

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) |
|---|---|---|---|---|
| DL Business Management Inc. | 3519 Palm Harbor Blvd<br>Palm Harbor, FL 34683<br>Attn: Brian Glaus | Trade Debt | Undisputed | $373,098.63 |
| Solution Marketing, LLC | 11515 66th Street N.<br>Largo, FL 33773<br>Attn: Robert Poitras | Trade Debt | Undisputed | $373,098.62 |
| Litigation:<br><br>Case No. 2:09 cv 7433<br>United States District Court Central District of California<br><br>The Dominic Corea Limited Partnership dba Roma D'Italia v. Advanced Business Services LLC, et al | Angela C. Agrusa, Esq.<br>Liner Grode Stein, et al<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, CA. 90024-3503<br>Tel: (310) 500-3500<br>Fax: (310) 500-3501<br><br>Attorneys for The Dominic Corea Limited Partnership | Litigation | Contingent, Unliquidated, and Disputed | Undetermined |
| Vici Marketing, LLC | 11515 66th St. N.<br>Largo, FL 33773 | Contractual | Contingent and Unliquidated | Undetermined |
| Solution Marketing, LLC | 11515 66th St. N.<br>Largo, FL 33773 | Contractual | Contingent and Unliquidated | Undetermined |

| NAME OF CREDITOR | COMPLETE MAILING ADDRESS OF CREDITOR INCLUDING ZIP CODE AND PHONE NUMBER, FAX AND E-MAIL (IF KNOWN) | TYPE OF CLAIM (TRADE DEBT, BANK LOAN, GOVERNMENT CONTRACT, ETC.) | NATURE OF CLAIM (CONTINGENT, UNLIQUIDATED, DISPUTED OR SUBJECT TO SETOFF) | AMOUNT OF CLAIM (IF SECURED VALUE OF SECURITY) |
|---|---|---|---|---|
| daData, Inc. | 3519 Palm Harbor Blvd.<br>Palm Harbor, FL 34683<br>Tel: (727) 791-6440<br>Attn: Joseph Marinucci | Contractual | Contingent and Unliquidated | Undetermined |
| ILD Telecommunications, Inc. | 3230 W. Commercial Blvd., Suite 360<br>Oakland Park, FL 33309<br>Tel: (954) 717-6808<br>Attn: Kathy McQuade, Vice President of Billing Services | Contractual | Contingent and Unliquidated | Undetermined |
| Verification Resources, LLC | 11595 66th Street N<br>Largo, FL 33773<br>Tel: (727) 451-4967<br>Attn: B. J. Stewart, Manager | Contractual | Contingent and Unliquidated | Undetermined |
| **TOTAL** | | | | **$746,197.25** |

3

1469613-1

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Advanced Business Services LLC, declare under penalty of perjury that I have read the foregoing consolidated list of creditors holding the twenty (20) largest unsecured claims against Advanced Business Services LLC and that it is true and correct to the best of my information and belief.

Dated: November 14, 2011

By: /s/ Neil Williams
    Name: Neil Williams
    Title: Managing Member

1469613-1

# United States Bankruptcy Court
## District of Delaware

In re: **Advanced Business Services LLC**  Case No. **11-**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Kristen K. Williams** <br> **c/o Advanced Business Services LLC** <br> **11515 66th Street N.** <br> **Largo, FL 33773** | | | **50** |
| **Neil C. Williams** <br> **c/o Advanced Business Services LLC** <br> **11515 66th Street N.** <br> **Largo, FL 33773** | | | **50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Neil Williams**, **Managing Member** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **11/16/2011**

s/ Neil Williams

**Neil Williams, Managing Member, Advanced Business Services LLC**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Advanced Business Services, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-_____ (___) |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULE 1007(a)(1)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Neil C. Williams and Kristen K. Williams are the sole members of Debtor Advanced Business Services, LLC.

Dated: November 14, 2011

                                                                                                  NEIL C. WILLIAMS

                                                      /s/ Neil C. Williams
                                                      Neil C. Williams
                                                      Managing Member

                                                      Advanced Business Services LLC
                                                      11515 66th Street N.
                                                      Largo, Fl 33773

1471203-1